UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARRIETTA LATOYA VEREEN,

    Plaintiff,

    v.                                     Case No.3:10-cv-1174-J-12JBT

LOU SOBH AUTOMOTIVE OF
JAX, INC., etc.,

    Defendant.

## O R D E R

This cause is before the Court on Plaintiff's Motion for Reconsideration (Doc.63), filed March 20, 2012, requesting the Court to reconsider its Order (Doc. 58) granting in part and denying in part Defendant's motion for summary judgment and denying Plaintiff's motion for partial summary judgment. On March 23, 2012, Defendant filed a memorandum in opposition to the motion for reconsideration (Doc. 64). Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's Motion for Reconsideration (Doc.63) is denied.

**DONE AND ORDERED** this __28th__ day of March 2012.

                                                          _/s/ Howell W. Melton_
                                                    Senior United States District Judge

c:    Counsel of Record