UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARRIETTA LATOYA VEREEN,

    Plaintiff,

v.                                        Case No.3:10-cv-1174-J-12JBT

LOU SOBH AUTOMOTIVE OF
JAX, INC., etc.,

    Defendant.

---

## ORDER

This cause is before the Court on Plaintiff's [Unopposed] Motion to Set Trial Date and Pretrial Hearing Dates (Doc.66), filed April 23, 2012. Upon entering its Order (Doc. 58) granting in part and denying in part Defendant's motion for summary judgment and denying Plaintiff's motion for partial summary judgment, the Court referred the case to mediation (see Doc. 62) and required the parties to select a mediator by April 30, 2012, and complete mediation by July 9, 2012. The Court previously had cancelled the Final Pretrial Conference and the deadline for filing the Pretrial Statement to be rescheduled upon resolution of the motions for summary judgment. See Doc. 54.

Plaintiff notes that "the case is now at issue and ready for trial in the event that the mediation is unsuccessful" and requests that the Court issue an order setting pretrial deadlines and dates for trial which will "encourage the parties to mediate at the earliest opportunity." That same date Plaintiff filed a Notification of Selection of Mediator (Doc. 67). On April 25, 2012, the Court received a Notice of Mediation Conference (Doc. 68), filed by the mediator, indicating that mediation has been scheduled for June 11, 2012, approximately one month in advance of the mediation deadline set by the Court.

Upon review of the matter, the Court will deny the Plaintiff's motion. At the conclusion of the mediation, the Court will issue an order reassigning this case to an active U.S. District judge for pretrial matters and trial, if needed. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's [Unopposed] Motion to Set Trial Date and Pretrial Hearing Dates (Doc.66) is denied.

**DONE AND ORDERED** this __2nd__ day of May 2012.

*Howell W. Melton*
Senior United States District Judge

c: Counsel of Record